## BROWN v. STATE.
### No. 20560.

Court of Criminal Appeals of Texas.

June 14, 1939.

Forrest A. Bennett, of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for aggravated assault; punishment, a fine of $50.

The record is before us without a statement of facts or bills of exception. The information and all matters of procedure appearing to be in proper form, the judgment is affirmed.